**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ROGER LASSEN, JR., individually and on behalf of all other similarly situated individuals**<br>            **Plaintiff**<br><br>**v.**<br><br>**HOYT LIVERY, INC., SANTO SILVESTRO and LYNDA SILVESTRO**<br>            **Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.:<br>3:13-cv-01529-MPS**<br><br><br><br><br>**FEBRUARY 12, 2014** |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
PURSUANT TO RULE 23 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Roger Lassen, Jr. ("Lassen") hereby moves for certification of a class pursuant to Federal Rule of Civil Procedure 23(a) and 23(b).  Lassen also moves the Court to designate him as Class Representative; and to designate his counsel, The Quinn Law Firm, LLC and The Hayber Law Firm, LLC, as class counsel.

Lassen proposes the following definition of the class he seeks to represent:

All persons who have worked for Defendant Hoyt Livery, Inc. as full-time limousine drivers at any time between October 18, 2011 and the date of final judgment in this matter.

Lassen has shown in the accompanying Memorandum of Law and exhibits that the requirements of  Rule 23(a) and Rule 23(b) of the Federal Rules of Civil Procedure have been met.  For the reasons set forth therein, Lassen respectfully requests that his Motion be granted.

**ORAL ARGUMENT IS REQUESTED/TESTIMONY IS NOT REQUIRED**

1

Plaintiff, Roger Lassen, Jr., Individually and on behalf of all similarly situated individuals

By: _____/s/_____.
Anthony J. Pantuso, III
The Quinn Law Firm, LLC
204 Broad Street
Milford, CT 06460
Fed No.: ct11638
(203) 877-5400
(203) 877-5416 (facsimile)
apantuso@quinn-lawfirm.com
Attorneys for the Plaintiff

## CERTIFICATION OF SERVICE

      I certify that on **February 12, 2013** the foregoing **Plaintiff's Motion for Class Certification Pursuant to Rule 23 of the Federal Rules of Civil Procedure** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF system.

                                                                                      /s/                .
                                                                           Anthony J. Pantuso, III