# EXHIBIT D

1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BURTON DUPEE | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| vs. | : | 3:13-CV-01185(RNC) |
| HOYT LIVERY, INC., SANTO | : | |
| SILVESTRO AND LYNDA SILVESTRO | : | DECEMBER 17, 2013 |
| DefendantS | | |
| | : | |

DEPOSITION OF SANTO SILVESTRO

Pretrial deposition taken in the above-entitled action
on behalf of the plaintiff, before Roberta Olson,
a Notary Public, Shorthand Reporter, License No. 00168,
pursuant to the Federal Rules of Civil Procedure, at the
offices of The Quinn Law Firm, LLC, 204 Broad Street,
Milford, Connecticut.

1                                                                    2

2      A P P E A R A N C E S:

3

4

5

6           Representing the Plaintiff

7               ANTHONY J. PANTUSO, III, ESQ.
                THE QUINN LAW FIRM, LLC
8               204 Broad Street
                Milford, Connecticut 06460
9

10

11
            Representing the Defendants
12
                JAN A. MARCUS, ESQ.
13              KEIDEL, WELDON & CUNNINGHAM, LLP
                190 Old Ridgefield Road
14              Wilton, Connecticut 06897

15

16

17

18

19

20

21           _____

22

23

24

25

26

3

## STIPULATIONS AS TO TAKING OF DEPOSITION

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing the respective parties that each party reserves the right to make specific objections at the trial to each and every question asked and of the answers given thereto by the deponent, reserving the right to move to strike out where applicable, except as to such objections as are directed to the form of the question.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that proof of the official authority of the Notary Public before whom this deposition is taken is waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that the reading and signing of the deposition by the deponent is reserved.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that all defects, if any, as to the notice of the taking of the deposition are waived.

Filing of the Notice of Deposition with the original transcript is waived.

1          S. SILVESTRO - DIRECT - PANTUSO          6

2      A    Yes, sir, I do.

3      Q    Okay.  And, finally, I don't think we're going to

4    take all that long today, but in the event that you do need

5    to take a break, just let me know.  The only thing I ask is

6    that you answer any pending question before we break.

7      A    Of course.

8      Q    Okay.  Are you under the influence of any

9    medications today which could affect your ability to

10   testify truthfully in this matter?

11     A    No, sir.

12     Q    Okay.  What is your position with Hoyt Livery?

13     A    President.

14     Q    And how long have you been president of Hoyt

15   Livery?

16     A    Around 27 years.

17     Q    Okay.  And --

18     A    26 to 27 years.

19     Q    How many employees does Hoyt Livery have?

20     A    I would say around 60.  60, 65.

21     Q    And of those how many are drivers?

22     A    Probably around 50.

23          MR. PANTUSO:  Go ahead and mark this as

24          Exhibit 1.

25          (Plaintiff's Exhibit 1 for ID:  Document

26          entitled Exhibit #2, Hoyt 7.)

1          Livery who are not drivers besides those who are listed on
2          this document?
3
4               A    Yes, we have more employees.
5               Q    Okay.
6               A    Yes, we do.
7               Q    What kinds of employees are they?  What are their
8          positions?
9               A    Reservationists.  Reservationists.  We may have a
10         couple of carwashers.
11              Q    Anyone else?
12              A    Reservationists, carwashers.  Not that I can
13         think of at this moment.
14              Q    Okay.  Can you just describe your role as
15         president of Hoyt Livery?  What are your responsibilities?
16              A    My responsibilities are to make sure that the
17         cars are running correctly, everything is working, they're
18         cleaned properly for the customers.  If they break down,
19         either myself or my son will go and tow them.  Just the
20         daily operation of the vehicles and making sure that
21         they're running correctly, they're mechanically safe,
22         tires.  That's my job.
23              Q    Anything else?
24              A    I don't understand the question.  All right?  I
25         run a small business.  If there's a problem, I handle it.
26         Very rarely I have to drive.  Last Friday night we were

```
 1              S. SILVESTRO - DIRECT - PANTUSO        9
 2    very busy, I almost had to drive.
 3        Q    Okay.  So, is it safe to say then as the
 4    president, owner of a small business, that you're kind of
 5    the jack-of-all-trades responsible for everything?
 6        A    Yes, sir.  Very rarely I will sit down at the
 7    dispatch desk, also.  Very rarely, but I'm not -- you know,
 8    I'm on the ground floor.  When somebody's got to go to the
 9    bathroom, I'll sit at the desk.  If Mike or somebody has to
10    go and get lunch, I'll sit at the desk ten minutes.
11        Q    Okay.  How many vehicles does Hoyt Livery have?
12        A    I think we're around 70.  That may vary between
13    one and two.  It could be 70, it could be 71.
14        Q    Okay.  What types of vehicles?
15        A    We have Lincoln Town Cars, Chrysler 300s, we have
16    a few Tauruses.
17        Q    Ford Tauruses?
18        A    Ford Taurus, yes, sir.  We have some vans, we
19    have a couple of Nissan vans, some Ford vans.  We have five
20    or six Suburbans.  We have a Mercedes van and a Lincoln
21    Navigator.
22        Q    Okay.  Now, you mentioned Lincoln Town Cars,
23    Chrysler 300, Ford Taurus, Nissan van, Ford van, GMC
24    Suburban?
25        A    Suburbans, plural.
26        Q    Suburbans.
```

1

2    A    And we have like five or six Suburbans, three or

3    four vans, one Navigator.

4    Q    A Lincoln Navigator and a Mercedes van?

5    A    Yes, sir.

6    Q    Any other types of vehicles?

7    A    I don't think so.

8    Q    Okay.  How many Lincoln Town Cars do you have?

9    A    I don't know.  I'm going to -- can I give you --

10   Q    Your best estimate.

11   A    Okay.  Right now what we're doing is, we're

12   turning over our car fleet.  Our fleet always changes.  I

13   just bought four Chrysler 300s all-wheel drives, so we'll

14   sell four Lincolns.

15   Q    Okay.

16   A    We'll get rid of them.  They got 400,000 miles.

17   To answer your question, probably around 15 Town Cars left,

18   maybe, 15 to 20.

19   Q    Okay.  And these Lincoln Town Cars, these are

20   normal passenger vehicles?

21   A    Yes, sir.

22   Q    How many passengers do they carry?

23   A    One, two, three in the back -- well, they can

24   carry six, but we never put six in them.

25   Q    Okay.

26   A    I'd say five very -- four with the driver very

S. SILVESTRO - DIRECT - PANTUSO                11

2   comfortable.

3          Q     Okay.  How many Chrysler 300s do you have, again,

4   your best estimate?

5          A     Anywhere from 15 to 20.

6          Q     And these are also regular passenger vehicles?

7          A     Yes, sir.

8          Q     And how many passengers do the Chrysler 300s

9   carry?

10         A     They can carry four.  They're a little bit

11  smaller.

12         Q     Okay.

13         A     They can carry four.  If there's four small

14  people, they can carry four people.  One in the front,

15  three in the back.

16         Q     And then Ford Taurus, approximately how many

17  Tauruses do you have?

18         A     I think we have about three or four of those.

19         Q     And, again, these are normal passenger vehicles?

20         A     Normal passenger vehicles.

21         Q     How many passengers do they carry?

22         A     The same thing.  Comfortable, if they're small

23  people, three in the back, one in the front.

24         Q     Okay.  Then you mentioned Nissan vans.  What type

25  of a Nissan van?

26         A     I don't know the model.  It's an eleven-passenger

2    van.

3        Q    And how many of those do you have?

4        A    Two.

5        Q    You also mentioned Ford vans?

6        A    Yes, sir.

7        Q    How many --

8        A    One, two --

9        Q    Excuse me.  What model Ford van is it?  Do you

10   know?

11       A    Yes, it's Econolines.

12       Q    And how many of them do you have?

13       A    One, two, three.

14       Q    How many passengers do they carry?

15       A    Two are 14 passengers and one is a ten passenger.

16       Q    Then you mentioned that you've got five or six

17   Suburbans?

18       A    Yes, sir.

19       Q    And how many passengers do the Suburbans carry?

20       A    Seven with the driver comfortably.

21       Q    And you said you've got a Mercedes van?

22       A    One.

23       Q    One?

24       A    Yes, sir.

25       Q    And how many passengers does the Mercedes van

26   carry?

2       A    Eight.

3       Q    And, finally, there was a Lincoln Navigator?

4       A    Yes, sir.

5       Q    And how many passengers does the Navigator carry?

6       A    One, two, three, four, five -- Five.  Five to

7    six.  It all depends on the size of the people.

8       Q    Okay.  And what kind of plates are on the

9    passenger vehicles?

10      A    We got Z plates and L plates.

11      Q    Okay.  Can you explain to me what's the

12   difference between a Z plate and an L plate?

13      A    Yes, sir.  Z plates I have to pick up, we have to

14   pick up in Connecticut and cross state line for it to be

15   legal.

16      Q    Okay.

17      A    So, we have to pick up -- we can't pick up

18   Stamford to New Canaan with the Z plates.  We can do it

19   with the L plates, livery plates, but the Z plates, we can

20   pick up in Darien and go to New York City.  For instance,

21   legally, we can't pick up in Milford and go to New Haven

22   Airport or Hartford Airport.  It's illegal.

23      Q    Okay.  But you could do that with the L plates?

24      A    Yes, sir.

25      Q    And how many of the vehicles have Z plates?

26      A    I really don't know.  We probably have 15

2          Q     Where do you advertise?

3          A     We advertise on television, we advertise on the

4     Internet.  Again, I'd have to refer to my wife.  She

5     handles all the advertising.

6          Q     Okay.

7          A     And we advertise in our local, you know, in the

8     local magazines, you know, police, firefighters.  When they

9     come out with the little magazines, we advertise.

10          Q     Okay.  Does Hoyt Livery have a listing in the

11     Yellow Pages?

12          A     I don't think we do anymore.  Again, I'm not

13     sure.  My wife handles the advertising.  Nobody picks up a

14     phone book and looks for a limousine today.  They look on

15     the Internet.

16          Q     Okay.  Now, how is it determined how many drivers

17     that Hoyt Livery needs?

18          A     By volume.

19          Q     Okay.  Who makes that determination?

20          A     I do, I guess.  My wife and I.

21          Q     And can you just explain for me the process?  How

22     are drivers hired?

23          A     We put an ad in the paper, some are word of

24     mouth.  They'll meet a driver at the airport, they'll have

25     a friend that is a driver, and they'll say, "Hey, why don't

26     I go to Hoyt Limousine and see if they need help," or I'll

1
2    ask drivers sometimes, "Do you know anybody looking for a
3    job?  Somebody we can train."  We bring them up, we
4    interview them, make them dress in a suit, make sure that
5    they look good driving.  And the drivers that are not
6    drivers, we train them, send them to the airport with
7    another driver, and they'll spend a little time at
8    Westchester, LaGuardia, JFK.  We'll train them for a couple
9    of days after.  A couple of days, the gentleman that's
10   training them, Martin Worthy has done some training for me,
11   actually, he'll say, "Okay, the guy looks pretty good," or,
12   "He's not going to make it."

13        Q     Okay.  Who has the authority to hire drivers?

14        A     My wife and I.

15        Q     Anyone else?

16        A     My son, I mean, but he doesn't.  He can, if he'd
17   like, if he knows somebody that's looking for a driving
18   job, he'll say, hey, Dad, I know so and so, you know.
19   He'll bring them to my attention or my wife's attention,
20   but, basically, my wife and I do the hiring.

21        Q     Okay.  And just so we're clear for the record,
22   your wife is Lynda Silvestro?

23        A     That is correct.

24        Q     And your son is Anthony Silvestro?

25        A     That is correct.

26        Q     Now, can you describe for me the process by which

1
2  a job comes into Hoyt Livery?

3       A    Okay.  It either comes in on the telephone,
4  somebody will call and make a reservation, my name is
5  Mr. Smith, I'd like to reserve a car for such and such a
6  date, such and such a time, or it comes over the Internet,
7  I guess the big thing today is e-mailing, or we also have
8  an app, a Hoyt Livery app for our customers.  That's it,
9  phone, app and e-mails.

10      Q    So, let's take a telephone inquiry.  So, if
11  someone calls in on the telephone, how does that call get
12  translated into a particular driver being assigned to the
13  job?

14      A    By a dispatcher.

15      Q    And if you look at Exhibit 1 again, you have
16  listed Lorenzo Holloway as head dispatcher?

17      A    Correct.

18      Q    And what are Mr. Holloway's duties?

19      A    To dispatch.  We call it the hot seat.  Whoever
20  sits in that seat is in charge of the book, we have a book,
21  we have a book, a computer and a book.  Just in case the
22  computer shuts down, they do do that once in a while, we
23  have a book in front of us.  And the dispatcher assigns the
24  jobs.

25      Q    Okay.  And do Mr. Holloway's duties as head
26  dispatcher differ in any way from the duties of the other

1

2      dispatchers?

3          A     He's the most experienced, so that's why we call

4      him, you know, the head dispatcher.  He's, in my

5      perception, he's the most experienced.

6          Q     Okay.

7          A     And if anybody has any questions, you know, they

8      go to Lorenzo, or if Lorenzo's got the day off, they go to

9      another dispatcher.

10         Q     So, when the phone call comes in, who takes the

11     phone call?

12         A     The reservationist.

13         Q     Okay.  And then what do the reservationists do

14     with the information they get from the phone call?

15         A     Okay.  Well, they take it, if it's for the day,

16     they'll put it in the computer, they'll take the hard copy

17     of the reservation and they'll go and walk it over to the

18     dispatcher.  They hand it to him and he enters it in his

19     paper book and then he assigns a driver.

20               If you call and you need a car in an hour, the

21     reservationist will say, before they take the reservation,

22     they'll say, "Hold on a second.  Let me check with the

23     dispatcher."  They'll call the dispatcher and they'll say,

24     "Hey, I got Mr. Smith, he needs a car in Wilton in one

25     hour.  Can you do that job?"  The dispatcher will say yes

26     or no.  If he says yes, she brings a ticket over, she hands

```
 1                    S. SILVESTRO - DIRECT - PANTUSO        21

 2      it to him, he puts it in the book and he assigns a driver.

 3          Q    Okay.  How does the dispatcher decide which

 4      driver to assign the job to?

 5          A    It's at his discretion.  If a guy worked late

 6      last night, we won't put him out early in the morning.  He

 7      won't put him out early in the morning.  You know, we try

 8      to be fair.  If a guy's already done by noontime, sometimes

 9      one driver will do three jobs or four jobs, and another

10      driver will do one job, so they try to keep it fair.

11               And, of course, there's always, you know,

12      favoritism, you know, but that's in every industry, in

13      every limousine business.  You know, if you call a guy, and

14      some guys will say, "Yeah, give me the information, I'm

15      going."  Some guys will say, "Well, do you have anybody

16      else?"  Da-dap, ba-beep, ba-bop, you know, so they have

17      favorites.

18          Q    Okay.  Now, are drivers able to cruise for

19      passengers?

20          A    No.  No way.  It's against the law.

21          Q    Okay.  And how does the driver learn of the

22      assignment?

23          A    Now he either -- on the phone or e-mail.

24          Q    Okay.  What happens if a driver declines an

25      assignment?

26          A    We give it to somebody else.
```

1              S. SILVESTRO - DIRECT - PANTUSO          22

2       Q    Okay.  How does Hoyt get paid?

3       A    By the customer.

4       Q    By the customer?

5       A    Yeah.

6       Q    How does Hoyt handle taking in and processing

7   payments?

8       A    Credit cards, checks.  Sometimes we have what's

9   called a collect.  If you're a new customer with us, we'll

10  take your credit card over the phone and then when the

11  driver goes to the actual location, he'll get the customer

12  to sign the credit card slip, and then they're on file and

13  then they don't need to sign anymore.

14      Q    Okay.  Other than that instance with having the

15  driver obtain a signature, do the drivers have any

16  responsibilities for collecting payments?

17      A    Only when it's a collect.

18      Q    Okay.  Are drivers assigned to specific vehicles?

19      A    Some are.  Some are and some aren't.  Full-time

20  drivers are assigned their vehicle.  They stay in that

21  vehicle except when there's a Suburban call.  The Suburban,

22  the vans, the Navigator, the Mercedes van, they're not

23  assigned to anybody.  Just the Town Cars, the Chryslers and

24  the Tauruses are assigned --

25      Q    So --

26      A    -- to full-time drivers.

   Q    Okay.  If a call comes in for one of the vans or

the Suburbans or the Navigator, how is it determined what

driver will get those?

   A    It's up to the dispatcher.

   Q    Typically, how often -- Withdrawn.

        Are there any records kept as to which vehicles a

driver is operating?

   A    Of course.  Yes, sir.

   Q    Okay.  What records are kept?

   A    There is a, I'm pretty sure it's in the computer

when they, when the dispatcher assigns, he'll assign, let

me see, Rafael, to a job, right in next to it he'll put Car

57, and, also on the sheets we have paper, there's a little

box for the cars, so if you're driving Car 60, Car 60 goes

next to your name.

   Q    Any other records that would show what vehicle a

driver was assigned to?

   A    My wife, I'm sure, has records.  You know, I'm

not computer savvy.

   Q    Okay.  Now, how do drivers get paid?

   A    Commission basis.

   Q    How is it determined what the commission rate is?

   A    It's a 60/40 split.  60 percent for me,

40 percent for them.  Well, it's, actually, 25 percent of

the job charge, so if the job is 100 bucks, they get

1
2    25 percent of that, plus there's a 15 percent gratuity
3    built in automatically.  And if they get anything, you
4    know, around this time of year, if the driver is nice,
5    people will say, "Hey, this is an extra $10 for you," you
6    know.  But we have nothing to do with that.
7        Q    Okay.  Are the drivers required to submit any
8    documentation before getting paid?
9        A    Yes.
10       Q    Okay.  What documents --
11       A    A worksheet.
12       Q    And to whom do they submit that documentation?
13       A    Well, in the dispatch office there's a box, and I
14   think it's by Wednesday night, either Wednesday or
15   Thursday, they put them in that box.  I'm not -- I have
16   nothing to do with the payroll.  I don't do the payroll.
17   My wife does the payroll.
18       Q    And who determines what the commission rate is?
19       A    The industry.  That's a normal industry rate
20   pretty much, 60/40.
21       Q    Who decided that would be the rate for Hoyt
22   Livery?
23       A    Oh, God, I don't know.  We've been in business
24   26, 27 years.  When we went into the business, that was the
25   rate, 60/40 split, and we've never, you know, we don't
26   change it.

```
 1
 2                    MR. PANTUSO:  Could you mark this.
 3                    (Plaintiff's Exhibit 5 for ID:  Document
 4               entitled Hoyt Livery, Inc. Driver Handbook, Hoyt
 5               197-246.)
 6          Q    Mr. Silvestro, I'll show you what we've marked as
 7     Exhibit 5, which, for the record, is document Hoyt 197
 8     through Hoyt 246.  This is a document that was provided to
 9     us by your counsel in discovery.
10          A    Okay.
11          Q    Can you tell me what this document is?
12          A    It looks like the company handbook, the do's and
13     don't's.
14          Q    Does this driver handbook apply to all drivers?
15          A    Yes, sir.
16          Q    Okay.
17          A    As far as I know, when we hire them, we give them
18     the handbook, we tell them to read it, and then there's, I
19     think there's about four or five pieces of paper that they
20     sign, my wife sits down with them, she discusses whatever
21     she discusses, I don't sit down with them.
22               I train them and I show them, you know, about the
23     cars, I go over the car with them, I show them where to get
24     the oil changed, we change our own oil, I don't know if
25     that's in here.  You know, if they have a flat tire, if
26     they need air in their tire.  So, this is the company
```

1

2      Q    And it says, "Responsibilities include:  Car

3   washing and waxing.  Lubrication follow-up.  Follow-up of

4   necessary repairs reported by part-timers.  Initiating

5   specialty repairs, i.e., radios, antennas, glass,

6   et cetera.  Periodically have a written exterior and

7   interior inspection made for vehicle records."

8      A    That's my job.  I mean, that's what I do.  I work

9   downstairs.  Okay.  What's the question?

10     Q    My question for you is, well, first of all, are

11  these responsibilities performed by full-time drivers?

12     A    Well, again, when they get their car, if, you

13  know, if your tire is low, you got to put air in it, you

14  know, and then you contact us, "Hey, I have a flat tire.

15  Can I come by and put air in it?"  "Sure."

16          I have a guy yesterday that he came by, he needed

17  back brakes.  He left the car, we gave him another car to

18  use, he went about his business, and by 6 o'clock last

19  night we had his back brakes done, we put the car in the

20  parking lot, and I don't even know if he picked it up, but

21  we washed the cars, okay, they bring them in, five minutes,

22  boom, boom, boom, a car gets washed, it goes out.

23          Lubrication follow-up, we change the oil.

24  Usually when a car comes in, they'll bring the car in, we

25  check the oil, we put it up on the lift, and if we spot

26  something wrong with it, like I did yesterday with Car 52,

S. SILVESTRO - DIRECT - PANTUSO                    51

1
2    we moved the wheel and it needed a new axle, left rear

3    axle.  We said to the guy, "Okay, get another car," and we

4    fixed the car.  We changed the oil, we checked the fluids,

5    we checked the transmission fluid, check the air filters,

6    power steering.  And that's my mechanics.  I have New

7    Canaan Auto Repair that they bring it over and they do

8    that.  And the guy went about his -- or either he was in a

9    Suburban or we gave him another car.  We don't let guys

10   hang around when they need -- for an oil change, they'll

11   hang around.  An oil change takes ten minutes, you know,

12   in, out, but if we do an oil change and find something

13   wrong, okay, leave the car, and we give them another car to

14   go home.

15        Q    Okay.  And are the --

16        A    Or go do another job.

17        Q    Are drivers paid for the time spent servicing the

18   car?

19        A    They don't service the car.

20        Q    Well, bringing the car in for service?

21        A    No, because it takes two minutes.  They drop off

22   the car, they drop off the car, usually what they do is

23   they'll leave the car at the auto repair, it's right next

24   door to the limousine, and they'll go upstairs.  They'll go

25   talk to the dispatcher, they'll talk to their friends.

26   There's always a driver, you know, hanging around.  I have

1
2    a deli across the street, they eat at the deli.

3            No.  They drop the car off, and like I said, if

4    there's something wrong with it, we say, "Okay, go get

5    another car."

6        Q    Okay.  If you turn to the next page, Page 35,

7    which is labeled Hoyt 231?

8        A    Okay.

9        Q    There's a section entitled Maintenance Program -

10   Full Timers.

11       A    Uh-hum.

12       Q    Are full-time drivers responsible for ensuring

13   that the maintenance items listed here are done?

14       A    They're responsible, like I'm responsible and

15   you're responsible in your car for checking the oil, lube

16   and oil filter.  Every 3,000 miles we'll require that they

17   change the oil in the cars.  Very rarely -- when we get the

18   cars they're 3,200 miles, 3,500 miles, 3,700 miles, and we

19   do that, we tell them 3,000 for a reason.  This way they

20   don't go over 4,000.  Nobody ever makes, very few drivers

21   ever make it, you know, 3,000.  But we require, I require

22   them every couple of days, you'll put 300 miles on a car in

23   a day sometimes, you go back and forth to the airport

24   twice, you're going to put 230, 240 miles.  It's not like

25   you driving to work every day.

26            So, are they required to check the oil?

1
2   Absolutely.  Pull out the dipstick, they check the oil.
3   Are they required to check the transmission?  Yes, they
4   are.  They pull the dipstick.  That's it.  They're required
5   to kick the tires, check the fluids.  Very simple.

6            All the other stuff here we do.  They bring the
7   car to us and they say, "Okay, I need the transmission
8   serviced."  "Okay.  Leave the car."  We always give them
9   another car.  They go about their business.  Whether they
10  go do another job, they go home, they go see their
11  girlfriend, they go see their kids, it doesn't matter.

12           In response, you know, I mean, they can't take
13  the car and then -- you know, they can go home.  That's
14  what I'm trying to say.  They can't go driving around.

15       Q    If you would turn to Page 39, which is labeled
16  Hoyt 235?

17       A    Okay.

18       Q    There's a section here labeled Every Morning.

19       A    Uh-hum.

20       Q    Are all drivers required to follow these
21  procedures?

22       A    Yes.  This is throughout the industry.  Okay.  A
23  lot of these guys oversleep.  You know, they oversleep.
24  Sometimes we have to wake them up.  So, they call us, they
25  got to call us an hour before, all they do is say, "Hey,
26  dispatcher, this is Tim or Joe or Harry, I'm up."  "Okay.

1
2    Thank you very much."  We hang up the phone.  Now we know
3    they're up.

4            We give them ten minutes.  If we can't get a hold
5    of them between 10, 15 minutes, if they don't call in at a
6    certain time, some guy's got a 6 A.M., got to call in at
7    5:00.  We give them a 10, 15-minute grace period.  If he
8    doesn't call in, we call him.  We call.  "Hey," we call him
9    on the radio, we call on the cell phone, "Hey, you got to
10   get up.  Come on, you got to get up."  Most guys say,
11   "Yeah, okay, sorry," ba, ba, ba, bap, they get up, they go
12   do the job.  Sometimes when they don't get up, we have to
13   cover their job.  You know, the dispatcher, the dispatcher
14   will make moves.  If this guy's got a 6 o'clock and another
15   guy has a 6:30, we'll bump that guy to the 6 o'clock and we
16   buy time.

17          Q    Okay.

18          A    The question was do they have to -- they have to
19   check in, yes, one hour before.

20          Q    Now, if you look at the last bullet point under
21   Every Morning, it states, "When deadheading to a New York
22   airport or New York City, drivers must call in two hours
23   before the scheduled pickup time.  When deadheading to
24   Newark Airport, call in two and a half hours before the
25   pickup time.

26          A    Right.

 Q    First of all, just tell me what is deadheading?

 A    Okay.  Deadheading is when you're not bringing
somebody down.  Okay.  We need to know -- yesterday, for
instance, the traffic this time of year is a disaster.  We
could not get over the George Washington Bridge yesterday.
Couldn't get over it.  The guy left at 2 clock for a
5 o'clock pickup, just got to the bridge -- I guess there
was something on the news about that last night, I caught
something with the mayor of New Jersey, but, anyway, so we
need to know that they're on their way.  "Hey," they call
us over the radio, too, "Hey, this is Joe, yeah, just
letting you know, departing for Newark," "Departing for
JFK."  Just so we know that they're on the way.  Limousine
drivers like to always cut it close, you know, but you have
to plan for traffic, you know, there could be traffic, or
if there's an accident or in the weather today, you know,
it's a bad weather day, so we need to hear from you.

 Q    Okay.

 A    But that's in the industry.  Everybody does that.

       MR. PANTUSO:  Let's go ahead and mark this.

 A    And just to add one more thing --

       MR. MARCUS:  No.

       THE WITNESS:  Okay.

       (Plaintiff's Exhibit 6 for ID:  Two-page
       document entitled Exhibit 1, Hoyt 1 and Hoyt 2.)

```
1                    S. SILVESTRO - DIRECT - PANTUSO        67
2      want to run through some of the information on these just
3      so that I can understand --
4           A     Sure.
5           Q     -- what it is we're looking at.
6           A     Okay.
7           Q     For the record, this page is labeled Hoyt 257.
8           A     Yes, correct.
9           Q     There appear to be three jobs down for June 27th?
10          A     Okay.
11          Q     And the first of these jobs is a pickup at JFK?
12          A     Okay.
13          Q     And drop off at NC.  What does NC stand for?
14          A     New Canaan.
15          Q     Okay.  And does the driver get paid for the time
16     spent going to JFK?
17          A     No.
18                    MR. MARCUS:  Object to the form of the
19                question.
20                    You can answer it.
21          A     No.
22          Q     Okay.  Why not?
23          A     Because he's on a commission basis.
24          Q     So, it appears that the first job that Mr. Dupee
25     did on June 27th, the customer was Friesen, this was a
26     pickup at JFK and a drop-off in New Canaan?
```

S. SILVESTRO - DIRECT - PANTUSO          70

Yeah.  Yeah, of course.  Yeah, they're in the logs.  They

got to be in the logs.

Q    Okay.

A    Yeah, because there had to be -- For instance,

maybe he picked somebody up at JFK at 5 o'clock or

3 o'clock or 2 o'clock or 7 o'clock.  It's got to be --

it's in the log for that day.

Q    Okay.

A    Everything is in the log.

Q    Now, I believe you testified earlier that this

weekly job record now includes time spent?

A    The drivers are now required to total up their

hours and sign.  I guess, it may even -- no, it's probably

the same.  I don't know if it's the same form.  It may be a

new form that includes a row for time.

Q    Okay.  And what are the drivers instructed to put

down for their hours worked?

A    Whatever they work.

Q    Okay.

A    It's up to them.

Q    Does that include time spent driving to a pickup

location?

A    No.

Q    Does it include wait times?

A    Ask the question again.  What was your question?

1

2      Q    Does the time that the drivers are required to

3  put down now on the weekly job record, does it include

4  waiting time?

5      A    I don't think so.  I think it just includes the

6  times.  I'm not sure.  It doesn't -- on this sheet I don't

7  think it includes wait time.  If they have wait time, it

8  would be on the ticket.

9      Q    Does it only include time spent with the client

10  in the car?

11      A    Yeah.  The time that we pick up the customer,

12  yes.

13      Q    Okay.

14      A    And the time, to take the time, I would imagine,

15  to go from New Canaan to La Guardia, it includes that time.

16      Q    So, it includes if there's a deadhead run, it

17  includes the deadhead time?

18      A    No.  No, it does not.

19      Q    Okay.

20      A    I said if they have a customer in the car, they

21  count that time.  If it takes an hour, it takes an hour.

22  They write it down.

23      Q    Now, when he was working as a driver for Hoyt

24  Livery, did Burt Dupee ever discuss overtime with you?

25      A    No.  Never.

26      Q    He never mentioned it to you?

```
1                   S. SILVESTRO - DIRECT - PANTUSO          91
2     clear --
3          A    Go ahead.
4          Q    -- a driver who has already worked 40 hours in a
5     week --
6          A    Yes.
7          Q    -- he gets a run --
8          A    Right.  He's got the option.  He's got the
9     option.  If you don't want to work, you drop off my car so
10    somebody else can use it.  Drop off the car.  You don't
11    want to work more than 40 hours, no problem, drop off my
12    car.
13         Q    Okay.  But in a situation where the driver has
14    already worked 40 hours, he gets assigned a run and he
15    accepts it.
16         A    Yes.
17         Q    Okay.  What commission rate does the driver get?
18         A    The same thing.
19         Q    He does not get any extra commission for a run
20    over 40 hours?
21         A    No.  He gets paid for that -- he gets a
22    40 percent commission, you know.  He doesn't have to, you
23    know.  Most drivers want to do as many as they can in the
24    shortest period of time.
25              That's why they're nice to dispatchers.  They try
26    to get on the dispatcher's -- I tell guys when I hire you,
```

```
1                                                          98

2                        EXHIBIT INDEX

3
```

```
4    Plaintiff                                        Page

5     1   Document entitled Exhibit #2 (Hoyt 7)          6

6     2   Employee Savings Plan (Hoyt 13)               34

7     3   Authorization For Payroll Deduction (Hoyt 14) 37

8     4   Wage and Workplace Standards Division (Hoyt 15) 38

9     5   Driver Handbook (Hoyt 197-246)                42

10    6   Exhibit 1 (Hoyt 1 and Hoyt 2)                 55

11    7   Driver Payment Detail (Hoyt 29)               60

12    8   Weekly Job Records (Hoyt 256-335)             65

13    9   New Canaan Auto Body Estimate (2/8/13)        72

14   10   Memo To File (5/13/13) (Hoyt 16)              79

15   11   Memo to File (6/5/13) (Hoyt 17)               80

16   12   Memo to Burt Dupee (7/11/13)                  84

17   13   Defendants' Answer and Affirmative Defenses   85

18   14   Defendants' Responses to Plaintiff's First Set

19        of Interrogatories and Requests for Production

20        of Documents                                  92
```

```
21

22

23

24

25                    _____

26
```

99

CERTIFICATION

STATE OF CONNECTICUT      )
                          )          ss.          Oxford
DISTRICT OF NEW HAVEN     )

     I, Roberta Olson, a Notary Public, duly
commissioned and qualified in and for the District of
New Haven, State of Connecticut, do hereby certify
that, pursuant to notice and in accordance with the
stipulations set forth, there came before me on the
17th day of December 2013, at the offices of The Quinn Law
Firm, LLC, 204 South Broad Street, Milford, Connecticut,
the following named person, to wit:  Santo Silvestro, the
witness, who was by me duly sworn to testify to the truth,
the whole truth, and nothing but the truth of his knowledge
touching and concerning the matters in controversy in this
action, that he was thereupon carefully examined upon his
oath and his examination reduced to typewriting by me, that
the deposition is a true and accurate record of the
testimony given by the witness.

     I further certify that I am neither attorney or
counsel for, nor related to or employed by, any of the
parties to the action in which this deposition is
taken, and, further, that I am not a relative or
employee of any attorney or counsel employed by the
parties hereto or financially interested in the outcome
of said action.

     In witness whereof I have hereunto set my hand and
affixed my notarial seal this 12th day of January 2014.

          (My Commission expires December 31, 2016.)

                    Roberta Olson, Notary Public
                    Shorthand Reporter, License #00168

Computer Reporting Service, LLC - (203) 234-1144

100

          I, Santo Silvestro, have read the foregoing

deposition and certify it to be an accurate transcription

of the testimony taken at my deposition on December 17,

2013, except for the following changes:


Page        Line                    From                    To

_____

_____

_____

_____

_____

_____

_____








                              _____

                              Santo Silvestro, Deponent


Subscribed and sworn to before me this

_____day of_____,

at, Connecticut.


_____

Notary Public - Commissioner of Superior Court