# Exhibit T

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROGER LASSEN, JR., individually and on behalf of all other similarly situated individuals<br>    Plaintiff | : : : : : | CIVIL ACTION NO.<br><br>3:13-CV-01185 (RNC) |
| V. | : : | |
| HOYT LIVERY, INC., SANTO SILVESTRO and LYNDA SILVESTRO<br>    Defendants | : : : | <br><br>February 10, 2014 |

### DECLARATION OF ANTHONY J. PANTUSO, III

I, Anthony J. Pantuso, III, an attorney duly admitted to practice law before this Court, affirm the following under penalties of perjury:

1. Since March 7, 2011 I have been Of Counsel to The Quinn Law Firm, co-Class Counsel in this matter with The Hayber Law Firm, LLC (collectively, "Class Counsel").

2. Prior to March 7, 2011 I was the Principal of The Pantuso Law Firm, LLC, and continue to operate The Pantuso Law Firm, LLC as necessary to wrap up its affairs.

3. I was admitted to practice before the courts of the State of Connecticut on December 10, 1992, before the United States District Court for the District of Connecticut on February 16, 1993, before the United States Court of Appeals for the Second Circuit on April 24, 1996, and before the United States District Court for the Southern District of New York on August 19, 2011.

4. Since September 3, 2002, between ninety (90) and ninety-five (95) percent of my practice has involved representing individuals in employment-related matters, including wage and hour class and/or collective actions under the federal Fair Labor Standards Act (FLSA) and/or the Connecticut Minimum Wage Act (CMWA).

5. I am a member of the American Bar Association, National Employment Lawyers Association, Connecticut Bar Association, Connecticut Employment Lawyers Association, and Milford Bar Association.

6. I formerly sat on the Executive Committee of the Connecticut Bar Association's Labor and Employment Law Section.

7. I have given presentations on issues in employment law under the auspices of the Connecticut Bar Association and the Connecticut Employment Lawyers Association, including issues in wage and hour litigation.

8. I attend seminars and keep up with developments in the law in the areas of employment law, wage and hour litigation and class action law, *inter alia*, by reading articles and cases as they are published.

9. During the course of my career, I have acted as lead counsel or co-counsel in the following wage and hour collective and/or class actions: *Bates, et al. v. Catherines, Inc.*, Docket No. 3:09-CV-01315 (JBA) (D. Conn.); *Neary v. Metropolitan Property & Casualty Ins. Co., Inc.*, Docket No. 3:06-CV-0536 (JBA) (D. Conn.); *Lumia, et al. v. The Hanover Insurance Group, Inc.*, Docket No. 3:07-CV-01094 (JBA) (D. Conn.); *Hawkins v. United Samsco Associates, L.P.*, Docket No 3:03-CV-00758 (AWT) (D. Conn.); *Sancomb, et al. v. Mothers Work, Inc.*, Docket No. 3:05-CV-00071 (AWT) (D. Conn.); *Hawkins v. Somerset Sales, Inc.*, Docket No. 3:05-CV-00434 (CFD) (D. Conn.); *Holbrook v. Smith & Hawken, LTD*, Docket No. 3:06 CV 01232 (VLB) (D. Conn.); *Morrison, et al. v. Ocean State Jobbers, Inc.*, Docket No. 3:09-CV-1285 (AWT) (D. Conn); *Zaniewski, et al. v. PRRC, Inc., d/b/a Price-Rite*, Docket No. 3:11-CV-01535

(CSH) (D. Conn.); *Bozak v. FedEx Ground Package System, Inc.*, Docket No. 3:11-CV-0738 (RNC) (D. Conn.); *Kiefer v. Moran Foods*; Docket No. 3:12-CV-0756 (JCH) (D. Conn.); *Carlone v. Progressive Casualty Insurance Co.*, Docket No. 3:12-CV-0207 (MRK) (D. Conn.); *Lin, et al. v. Wild Rice, Inc., et al.*, Docket No. 3:12-CV-00874 (SRU) (D. Conn.); *Cunningham, et al. v. Electronic Data Systems Corp.*, Docket No. 06-CV-03530 (LAP) (S.D.N.Y.); *Roach v. Moran Foods, Inc.*, Docket No. X04-HHD-CV-11-6023386-S (Jud. District of Hartford); *Cook, et al. v. Family Dollar Stores, Inc.*, Docket No. X10-UWY-CV-11-6011946-S (Jud. District of Waterbury); *Zouanat, et al. v. Serlin Transportation, LLC, et al.*, Docket No. 3:13-CV-01886 (SRU) (D. Conn.); *Monk v. Elite Limousine Service, Inc., et al.*, Docket No. 3:13-CV-01880 (SRU) (D. Conn.) and *Allard v. Post Road Entertainment, et al.*, Docket No. X03- UMY-CV-12-6015460-S (Jud. District of Waterbury).

10. Wage and hour litigation makes up approximately forty (40) percent of my current practice.

_____
Anthony J. Pantuso, III

Subscribed to and sworn before me
this 10th day of February, 2014

_____

Notary Public/Commissioner of the Superior Court

3