# Exhibit U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER LASSEN, JR., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOYT LIVERY, INC, SANTO SILVESTRO and LYNDA SILVESTRO,<br><br>Defendants | No. 3:13-CV-01529-MPS<br><br><br><br><br><br>FEBRUARY 10, 2014 |

## DECLARATION OF RICHARD E. HAYBER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Richard E. Hayber, declare as follows:

1.  I am the principal at Hayber Law Firm, LLC ("HLF"), which, together with The Quinn Law Firm, are attorneys for Plaintiffs. HLF represents plaintiffs in a wide variety of employment matters, including individual and class action litigation involving wage and hour, discrimination, and harassment claims, as well as contract and severance negotiations.

2.  I am an attorney in good standing admitted to practice in the State of Connecticut and before this Court.

3.  I make these statements based on personal knowledge and would so testify if called as a witness at trial.

4.  I received a Juris Doctor degree from the University of Connecticut School of Law in 1992 with honors. Since then, I have represented plaintiffs in employment litigation and other employee rights matters. Since 1999, I have represented plaintiffs in wage and hour class

and collective actions.

5. I have represented collectives of plaintiffs in FLSA collective and class actions including plaintiffs in *Scott v. Aetna Services, Inc.*, (3:99-CV-46 (CFD)), *Gregory v. Home Depot, U.S.A.* Inc. (3:01-CV-372 (AWT), *Neary v. Metropolitan Property and Casualty Company* (3:06-CV-0536 (JBA), *Lumia v. Hanover Insurance Company* (3:07-CV-1094 (AHN), *Sancomb v. Motherhood Maternity* (3:05-CV-71 (AWT), *Holbrook v. Smith & Hawken, LTD.* (3:06-CV-1232 (VLB), *Aros v. United Rentals, Inc.* (3:10-CV-73 (JCH)), *Alli v. Boston Market* 3:10-CV-4 (JCH)), *Zaniewski v. PriceRite, Inc.*, 848 F.Supp.2d 213 (D.Conn. 2012).

6. I am counsel of record for plaintiffs in several pending wage / hour class actions in Connecticut's state and federal courts including, *Bozak v. FedEx Ground*, 3:11-cv-00738-RNC, and *Cook v. Family Dollar Stores of Connecticut, Inc.*, UWY-CV-11-6011946S (X10), *Morrison v. Ocean State Jobbers, Inc.*, 3:09CV1285 (AWT); *Kiefer v. Moran Foods, Inc.*, 3:12 cv 00756 (WGY) (D.Conn.); *Monk v. Elite Limousine Service,Inc.*, Docket NO. 3:13 cv 01880 (SRU), *Zouanat v. Serline Transportation,* LLC, Docket No.: 3:13 cf 01886 (SRU) and others.

7. I have presented seminars on the topic of wage and hour litigation, including class and collective action litigation, including two in the Fall of 2013, one before the Connecticut Employment Lawyers Association and one before the Connecticut Bar Assocation.

8. I attend seminars, including national conferences of NELA (the National Employment Lawyers Association) and keep up with the developments of the law in this area by reading articles and cases as they are published.

9. I am skilled and experienced in representing employees in wage and hour class and collective actions. It makes up over 75% of my practice.

10. I am a member of the Connecticut Employment Lawyers Association ("CELA") and the National Employment Lawyers Association (NELA).

I hereby certify that this statement is true and accurate to the best of my knowledge and belief.

_____
Richard E. Hayber

Subscribed and sworn to before me, this __10th__ day of __February__, 2014.

_____
Notary Public

```
Donna M. Pelletier
Notary Public-Connecticut
My Commission Expires
August 31, 2014
```

My Commission Expires:_____