UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Roger Lassen, Jr., individually and on behalf of all other similarly situated individuals,<br><br>       Plaintiff,<br><br>v.<br><br>Hoyt Livery, Inc., Santo Silvestro, and Lynda Silvestro,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.: 3:13-cv-01529-JAM |

**DEFENDANTS' UNOPPOSED MOTION TO ADMIT VISITING ATTORNEY BARRY J. MILLER PURSUANT TO LOCAL RULE 83.1(d)**

I, Anthony S. Califano, of Seyfarth Shaw LLP, Two Seaport Lane, Boston, MA 02210, Telephone (617) 946-4800, Fax (617) 946-4801, Connecticut Federal Bar Number 27323, Attorney of Record for the Defendants in *Roger Lassen, Jr., et al. v. Hoyt Livery, Inc., Santo Silvestro and Lynda Silvestro*, Civil Action No.: 3:13-cv-01529-JAM, do hereby request the admission of Barry J. Miller, Esq. to act as a visiting attorney and co-counsel for the purposes of the above-referenced case pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut. The undersigned counsel will continue to act and work as attorney and co-counsel with Mr. Miller in the above-referenced case. In support of this Motion, attached is the affidavit of Barry J. Miller.

The undersigned counsel has conferred with Plaintiff's counsel, Anthony J. Pantuso, III, Esq., and Attorney Pantuso does not oppose this motion.

18152795v.1

Respectfully Submitted,

DEFENDANTS, HOYT LIVERY, INC., SANTO SILVESTRO, AND LYNDA SILVESTRO,

By their Attorneys,

/s/ Anthony S. Califano
Barry J. Miller (*pro hac vice* anticipated)
Anthony S. Califano (CT Fed. Bar No. 27323)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel:  (617) 946-4800
Fax:  (617) 946-4801
bmiller@seyfarth.com
acalifano@seyfarth.com

October 28, 2014

## CERTIFICATE OF SERVICE

I, Anthony S. Califano, hereby certify that on October 28, 2014, a true copy of the foregoing document was filed electronically through the Court's ECF system, which will deliver electronic notification to all individuals listed as registered participants, and that hardcopies will be delivered to any counsel of record or unrepresented party not listed as a registered participant.

/s/ *Anthony S. Califano*
Anthony S. Califano