## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROGER LASSEN, JR., individually and** | : | **CIVIL ACTION NO.** |
| **on behalf of all other similarly situated** | : | |
| **individuals** | : | |
| Plaintiff | : | 3:13-cv-01529 (VAB) |
| | : | |
| **V.** | : | |
| | : | |
| **HOYT LIVERY, INC., SANTO** | : | |
| **SILVESTRO and LYNDA SILVESTRO** | : | |
| Defendants | : | August 31, 2015 |

## MOTION FOR DISCLOSURE OF PROPERTY

Pursuant to Connecticut General Statutes Section 52-278n, Plaintiffs hereby move for an order compelling Defendants to disclose property in which they have an interest or debts owing them sufficient to satisfy a prejudgment remedy in the amount of $500,000.

        Plaintiff, ROGER LASSEN, JR.,
individually and on behalf of other similarly
situated individuals

By: _/s/ Anthony J. Pantuso, III_
Anthony J. Pantuso, III
Fed. Bar No. ct11638
The Hayber Law Firm, LLC
900 Chapel Street, Suite 620
New Haven, CT 06510
(203) 691-6491
(860) 218-9555 (facsimile)
apantuso@hayberlawfirm.com
Attorneys for the Plaintiff

1

## **CERTIFICATION OF SERVICE**

  I certify that on **August 31, 2015**, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF system.

               */s/ Anthony J. Pantuso, III*
                Anthony J. Pantuso, III