# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROGER LASSEN, JR.,** individually and on behalf of others similarly situated,<br>        **Plaintiffs,**<br><br>V.<br><br>**HOYT LIVERY, INC., SANTO SILVESTRO** and **LYNDA SILVESTRO,**<br>        **Defendants** | **CIVIL ACTION NO.:**<br>**3:13-CV-01529-VAB**<br><br><br><br>**August 1, 2017** |

## JOINT MOTION TO ADJOURN TRIAL-RELATED DEADLINES
## SET BY JUNE 19 AND JULY 10, 2017 SCHEDULING ORDERS

The parties, through their undersigned counsel, jointly and respectfully request an order adjourning all trial-related deadlines established by the Court's Scheduling Orders dated June 19 and July 10, 2017. Dkt. 207, 209. As grounds for this request, the parties state:

1.    On January 13, 2017, the parties appeared before Magistrate Judge Holly B. Fitzsimmons, engaged in settlement negotiations, and reached an agreement to resolve this litigation in principle, subject to the Court's approval.

2.    On March 22, 2017, Plaintiffs filed an unopposed motion for conditional approval of the parties' proposed settlement agreement. Dkt. 193.

3.    On June 5, 2017, the Court entered an order granting, in part, and denying, in part the motion for conditional approval. Dkt. 201. The Court denied approval of two provisions of the settlement agreement, specifically Section 10 entitled the Waiver and General Release of Claims by Lassen and the Opt-In Plaintiffs, and Section 15 entitled Confidentiality. *Id*. The Court approved all other parts of the settlement agreement. *Id*.

4. On June 14, 2017, the Court provided some clarification regarding the release and confidentiality provisions that may be acceptable to the Court. Dkt. 204.

5. The parties immediately undertook to negotiate an amendment to their settlement agreement that might meet with the Court's and the parties' approval.

6. Despite Defendants' travel outside the country from June 16 to June 30, 2017, the parties worked cooperativity and, on July 5, 2017, agreed in principle regarding an amendment to the settlement agreement. The amended agreement includes more limited release and confidentiality provisions applicable to the Opt-In Plaintiffs.

7. Defendants have signed the amendment to the settlement agreement.

8. Likewise, all except for two Opt-In Plaintiffs have signed the amendment to the settlement agreement.

9. One Opt-In Plaintiff has stated his intention to sign, but he has yet to do so for reasons that are unclear.

10. A second Opt-In Plaintiff also has not signed the amendment, and it is unclear whether he will approve the parties' proposed revised settlement or exit this lawsuit.

11. The parties need additional time to determine whether (a) the two Opt-In Plaintiffs will participate in the settlement, as amended, or (b) the parties must revisit their settlement negotiations and agreement to account for the two Opt-In Plaintiffs' refusal to participate.

12. The parties would then anticipate the filing of a renewed motion for conditional approval of the parties' proposed settlement agreement.

13. The parties and their counsel have worked cooperatively and diligently to conclude their settlement, and they will continue to do so. With that goal in mind, the parties do not wish to devote time and resources to trial preparations or trial.

14. Likewise, Defendants' counsel, Barry J. Miller, is traveling out of state and preparing for a previously scheduled trial that is set to begin on August 3, 2017, and is expected to last through August 9, 2017. Further, Defendants' other counsel of record, Anthony S. Califano, is traveling out-of-state for a previously scheduled family vacation from August 26 through September 1, 2017.

15. This is the parties' first request to adjourn the deadlines established by the Court's June 19 and July 10, 2017 Orders. Dkt. 207, 209.

16. For the above reasons, the parties maintain that good cause exists for the relief sought in this motion.

17. Accordingly, the parties request an order adjourning the deadlines established by the Court's June 19 and July 10, 2017 Orders. Dkt. 207, 209.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiffs,<br><br>By Their Attorneys,<br><br>/s/*Anthony J. Pantuso, III*<br>Anthony J. Pantuso, III (ct11638)<br>Richard E. Hayber (ct11629)<br>The Hayber Law Firm, LLC<br>221 Main Street, Suite 502<br>Hartford, CT 06106<br>Phone: (203) 691-6491<br>Fax: (860) 218-9555<br>E-Mail: apantuso@haberlawfirm.com<br>E-Mail: rhayber@hayberlawfirm.com | Respectfully Submitted,<br>Defendants,<br><br>By Their Attorneys,<br><br>/s/*Anthony S. Califano*<br>Barry J. Miller (ct29877)<br>Anthony S. Califano (ct27323)<br>Seyfarth Shaw, LLP<br>Seaport East<br>2 Seaport Lane, Suite 300<br>Boston, MA 02210<br>Phone: (617) 946-4800<br>Fax: (617) 946-4801<br>E-Mail: bmiller@seyfarth.com<br>E-Mail: acalifano@seyfarth.com |

August 1, 2017

## CERTIFICATION OF SERVICE

I hereby certify that on August 1, 2017 a copy of the foregoing was filed electronically [and service made by certified mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by certified mail for anyone unable to accept electronic filing]. Parties may access this filing through the Courts system.

                                                                                     _/s/ Anthony S. Califano_